## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**V.**                                  **Docket No.:  3:01CR4-001/RV**

<u>**MICHELLE RENEE PRICE**</u> **/**

### <u>ORDER CONTINUING SUPERVISION AND MODIFYING PROBATION</u>

THIS MATTER CAME on to be heard on January 5, 2006; there appearing Assistant United States Attorney Benjamin W. Beard; and the defendant, Michelle Renee Price; appearing in person with appointed counsel, Thomas S. Keith; and after receiving testimony, the Court did find the defendant in violation of probation. The Court ordered continued supervision with the following modification of the probation conditions (additional special condition):

"The defendant shall submit to her employer a Request By Employee For Action On Allotment Of Pay Form authorizing weekly withdrawals from her pay check in the amount of $25.00 to be applied to the restitution balance in this case. The payments are to be forwarded to the Clerk, U.S. District Court, Northern District of Florida, 111 North Adams St., Suite 322, in Tallahassee, FL 32301-7717."

**DONE AND ORDERED** this <u>5th</u> day of <u>January, 2006.</u>

/s/ *Roger Vinson*
Roger Vinson
Senior United States District Judge